UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. FARNESE,<br><br>    Petitioner,<br><br>v.<br><br>ROSEMARY NDOH,<br><br>    Respondent. | Case No. 18-cv-05024-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 14 |

Within **fourteen (14) days** of the date of this order, Respondent is ordered to show cause why the Court should not grant Petitioner the requested evidentiary hearing regarding his claim that the jury pool was tainted by inflammatory statements (Claim One sub-claim). *See* ECF No. 14.

**IT IS SO ORDERED.**

Dated: June 21, 2019

JON S. TIGAR
United States District Judge